UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN P. LEWIS,
    Plaintiff,

v.                             CASE NO. 3:23-cv-1168-HES-PDB

MATTHEW A. HILL; DR. MARGIE JOANNE HILL; DAVID ROBERT MOORE; JEFFREY STOLLER; AND CLOSEDRPLA HOLDINGS, INC.,
    Defendants.
_____/

## O R D E R

This matter is before this Court on the parties "Stipulation of Dismissal with Prejudice" (Dkt. 44).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties "Stipulation of Dismissal with Prejudice" (Dkt. 44) is **GRANTED**, and this action is dismissed with prejudice and without fees or costs; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of November 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey J. Upton, Esq.
Charles L. Solomont, Esq.
Andrew M. Buttaro, Esq.